**946** HUNT vs. CIRCUIT JUDGE (Kalamazoo), 39 M., 123.

To require respondent to sign a bill of exceptions, where the

time had expired, but counsel had stipulated to extend it.

Granted June 18, 1878.